UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT T. MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:08-0418 |
| | ) Judge Echols |
| LOOMIS ARMORED US, INC. and | ) |
| JIM GILL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith,

(1) Plaintiff's Motion and Memorandum to Strike the Declaration of Robert Karpinecz (Docket Entry No. 22) is hereby GRANTED;

(2) Plaintiff's Motion and Memorandum to Strike Defendants' Reply and Declaration of Scott Perkins (Docket Entry No. 28) is hereby GRANTED;

(3) Defendant Loomis Armored Us, Inc.'s and Defendant Jim Gill's Motion For Summary Judgment (Docket Entry No. 16) is hereby GRANTED;

(4) This case is hereby DISMISSED WITH PREJUDICE; and

(5) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE